ACCEPTED
04-20-00441-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/10/2020 1:59 PM

## CAUSE NO. 2018-PA-02723

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **D.F.S., et al** | § | **131ˢᵗ JUDICIAL DISTRICT** |
| | § | |
| **CHILDREN** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/10/2020 1:59:42 PM
MICHAEL A. CRUZ
Clerk

## REQUEST FOR REPORTER'S RECORD AND CLERK'S RECORD FOR APPEAL

Comes now ELIZABETH A. SETTLE, attorney for Appellant, R.C.., pursuant to T.R.A.P. 34.6 within twenty (20) days of signing the final order in this case, and files this request that each court reporter involved in the trial of this case, and any hearing on Motion for New Trial, prepare their reporter's record of each day of trial including all exhibits admitted into evidence. Further, this motion requests that the Clerk of the Court under this cause number file the full Clerk's record.

Appellant is presumed indigent and may proceed without advance payment of costs as provided in T.R.A.CP.20.1(a)(3). A copy of this document has been delivered to the official court reporters of the court hearing the proceeding(s).

Date(s) of trial: 6/02/20, and 7/27/2020 – 8/04/2020

Date Final Order (Decree/Order/Judgment) signed: 08/31/2020

Date Reporter's Record and Clerk's Record due in Fourth Court of Appeals:

(10 days after filing of Notice of Appeal)

Respectfully submitted,


 /s/ Elizabeth A. Settle_____

Elizabeth A. Settle
4801 Broadway, P.O, Box 6465
San Antonio, Texas  78209
Ph: (210)228-4161 Fax: (210) 820-0256
State Bar No. 18044250
Trial Attorney ad litem for Respondent, R.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Request for Reporter's Record and Clerk's Record for Appeal was delivered to all attorneys of record in this case on the 9th day of September, 2020.

  /s/ Elizabeth A. Settle_____
Elizabeth A. Settle

## CERTIFICATE OF SERVICE ON COURT REPORTERS

I hereby certify that a true and correct copy of the above and foregoing Request for Reporter's Record and Clerk's Record for Appeal was delivered on the 9th day of September, 2020 to the following Court Reporters who reported this case:

Kristin Anderson, CSR
Paul Elizondo Tower
101 W. Nueva, Ste. 301
San Antonio, Texas 78205
(210) 335-2465
Kristin.anderson@bexar.org

Cindy Hyatt, CSR
Paul Elizondo Tower
101 W. Nueva, Ste. 301
San Antonio, Texas  78205
(210) 213-8481
chyatt@lavernia.net

  __/s/ Elizabeth A. Settle_____
Elizabeth A. Settle

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elizabeth Settle on behalf of Elizabeth A. Settle
Bar No. 18044250
elizabethsettle10@gmail.com
Envelope ID: 46121234
Status as of 9/10/2020 2:02 PM CST

Associated Case Party: Texas Department of Family Protective Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mildred Hohensee | | mildred.hohensee@dfps.state.tx.us | 9/10/2020 1:59:42 PM | SENT |